IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Dixon F. Jenkins, <u>et al.</u>, | ) |
| Plaintiffs, | ) Case No. 1:13-CV-771 |
| vs. | ) |
| Wells Fargo Bank, N.A., <u>et al.</u>, | ) |
| Defendants. | ) |

O R D E R

Pending before the Court is a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure filed by Defendants Lerner, Sampson & Rothfuss and Jennifer Templeton.  Doc. No. 30.

These Defendants, however, did not file an answer to the complaint, nor did they file a motion for summary judgment.  Plaintiffs later filed a notice dismissing their claims against these Defendants without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Doc. No. 61.  Under Rule 41(a)(1), a plaintiff may voluntarily dismiss the complaint without a court order until the defendant files an answer or motion for summary judgment.  A motion to dismiss under Rule 12(b)(6), however, does not terminate the plaintiff's right to voluntarily dismiss the complaint without an order of the court. <u>Aamot v. Kassel</u>, 1 F.3d 441, 444-45 (6th Cir. 1993).  In this case, therefore, once Plaintiffs filed their Rule 41(a)(1) notice of voluntary dismissal, the case was effectively terminated against these Defendants.  <u>See</u> <u>id.</u> at 445 (stating that "a Rule 41(a)(1) notice of dismissal is self-effectuating").

Accordingly, Defendants' motion to dismiss pursuant to Rule 12(b)(6)  is **MOOT.**

**IT IS SO ORDERED**

Date February 17, 2015  			s/Sandra S. Beckwith
				Sandra S. Beckwith
				Senior United States District Judge