**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Dixon F. Jenkins, et al.,          )
                                     )
           Plaintiffs,     ) Case No. 1:13-CV-771
                                     )
     vs.                         )
                                     )
Wells Fargo Bank, N.A., et al.,    )
                                     )
           Defendants.   )

## O R D E R

On February 18, 2015, the Court entered an order directing Plaintiffs to show cause within seven days of the date of the order why their claim under the Fair Debt Collection Practices Act ("FDCPA") against Defendants Melvin and Geneva Stockton should not be dismissed.  Doc. No. 71.  Plaintiffs did not respond to the show cause order within the time allowed by the Court.

Accordingly, for the reasons stated by the Court in that order:

1. Plaintiffs' FDCPA claim against Melvin and Geneva Stockton are **DISMISSED WITH PREJUDICE.**  Plaintiffs' supplemental state law claims against these Defendants are **DISMISSED WITHOUT PREJUDICE.**

2. Defendant Mortgage Contracting Services motion to dismiss the complaint (Doc. No. 34) is well-taken and is **GRANTED** as to Plaintiffs' FDCPA claim.  That claim is **DISMISSED WITH PREJUDICE.**  The motion to dismiss is **MOOT** with respect to Plaintiffs' supplemental state law claims.  Those claims are **DISMISSED WITHOUT PREJUDICE.**

3. Universal Mortgage Filed Services, LLC's motion to dismiss the complaint (Doc. No. 46)

is well-taken and is **GRANTED** as to Plaintiffs' FDCPA claim.  That claim is **DISMISSED WITH PREJUDICE.**   The motion to dismiss is **MOOT** with respect to Plaintiffs' supplemental state law claims.  Those claims are **DISMISSED WITHOUT PREJUDICE.**

4. Defendant Federal Home Loan Mortgage Corporation and Wells Fargo Bank, N.A.'s motion for summary judgment (Doc. No. 68) is well-taken and is **GRANTED** as to Plaintiffs' FDCPA claim.  That claim is **DISMISSED WITH PREJUDICE.**  The motion for summary judgment is **MOOT** with respect to Plaintiffs' supplemental state law claims.  Those claims are **DISMISSED WITHOUT PREJUDICE.**

5. Plaintiffs' motion to amend the complaint (Doc. No. 59) is not well-taken and is **DENIED.**

6. **THIS CASE IS CLOSED.**


      **IT IS SO ORDERED**

Date March 2, 2015            s/Sandra S. Beckwith
                               Sandra S. Beckwith
                         Senior United States District Judge